UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-20477-RUIZ/LOUIS
CASE NO._____
18 U.S.C. § 48(a)(3)

UNITED STATES OF AMERICA

v.

FRANCISCO JAVIER RAVELO,
    a/k/a "Francisco Xavier Ravelo,"
    a/k/a "Tony Fucking Montana,"

    Defendant.
_____/

FILED BY ___BM___ D.C.
Oct 22, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The term "animal crushing" meant actual conduct in which one or more living non-human mammals were purposely crushed, burned, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury, as defined in 18 U.S.C. § 1365 and including conduct that, if committed against a person and in the special maritime and territorial jurisdiction of the United States, would violate 18 U.S.C. §§ 2241, 2242. 18 U.S.C. § 48(f)(l).

2. The term "serious bodily injury" meant injuries which involved a substantial risk of death; extreme physical pain; protracted and obvious disfigurement; and protracted loss or impairment of the function of a bodily member or organ. 18 U.S.C. § 48(f)(l) (citing 18 U.S.C. § 1365).

3. Instances of sexual abuse by force and sexual abuse in which the victim was not physically capable of declining participation were also included within the definition of animal crushing. 18 U.S.C. § 48(f)(l) (citing 18 U.S.C. §§ 2241, 2242).

4. The term "animal crush video" meant any photograph, motion-picture film, video or digital recording, or electronic image that depicted animal crushing and was obscene. 18 U.S.C. § 48(f)(2)(A)-(B).

## COUNT 1
### Distribution of Animal Crush Video
### (18 U.S.C. § 48(a)(3))

5. Paragraphs 1 through 4 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

6. From in or around September 2024, through in or around February 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCISCO JAVIER RAVELO,**
a/k/a "Francisco Xavier Ravelo,"
a/k/a "Tony Fucking Montana,"

did knowingly sell, market, advertise, exchange, and distribute animal crush videos on at least 42 occasions in, and using a means and facility of, interstate and foreign commerce, in violation of Title 18, United States Code, Section 48(a)(3).

_____ For
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
BROOKE E. LATTA
ASSISTANT UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE

For _____
EMILY R. STONE
TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRANCISCO JAVIER RAVELO,

_____/
Defendant.

CASE NO.: **25-CR-20477-RUIZ/LOUIS**

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Brooke Elise Latta
Assistant United States Attorney
FL Bar No.    105315

NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: FRANCISCO JAVIER RAVELO

**Case No**: _____

Count #: 1
Distribution of a Animal Crush Video

Title 18, United States Code, Section 48(a)(3)
* Max. Term of Imprisonment: **7 Years' Imprisonment**
* Mandatory Min. Term of Imprisonment (if applicable): **NA**
* Max. Supervised Release: **3 Years' Supervised Release**
* Max. Fine: **$250,000**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>FRANCISCO JAVIER RAVELO,<br>  a/k/a "Francisco Xavier Ravelo,"<br>  a/k/a "Tony Fucking Montana,"<br>*Defendant* | Case No. **25-CR-20477-RUIZ/LOUIS** |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*